IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GARY C MOSELY,

    Plaintiff,

v.                                               CASE NO. 1:09-cv-00074-MP-WCS

MICHAEL J ASTRUE,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 17, Report and Recommendation of the Magistrate Judge, recommending that the decision of the Commissioner, denying benefits, be affirmed. The time for filing objections has passed, and none have been filed.

The Administrative Law Judge determined that Plaintiff became disabled as of March 10, 2002.[1] Doc. 11, p. 2. Plaintiff brings this suit asserting that his disability date should have commenced on February 15, 2000, his alleged onset date. The Court agrees with the Magistrate Judge that the Administrative Law Judge acted reasonably in relying upon both the grids (Appendix 2 to Subpart P of Part 404 – Medical-Vocational Guidelines) and the testimony of a vocational expert that Plaintiff was capable of working jobs existing in the economy between 2000 and 2002. During these years Plaintiff was between 50 and 55 years old. It was not unreasonable for the Administrative Law Judge to also find that the same impairments after Plaintiff turned 55 rendered him disabled. The law and regulations expressly provide for

---

[1] This was after the case was remanded to the Commissioner pursuant to sentence four of § 405(g) in case 1:02-cv-00112-MP - Mosely v. Barnhart.

different treatment of individuals once they attain the age of 55.  Finally, the Court also agrees with the Magistrate Judge that the Administrative Law Judge did not rely exclusively upon the grids in this case, but also considered the vocation expert's testimony.  Thus, cases like <u>Phillips v. Barnhart</u>, 357 F.3d 1232 (11th Cir. 2004) and <u>Francis v. Heckler</u>, 749 F.2d 1562 (11th Cir. 1985), which hold that exclusive reliance on the grids is inappropriate when non-exertional impairments are present, do not apply.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. The decision of the Commissioner, denying benefits, is affirmed.

**DONE AND ORDERED** this  *18th*   day of March, 2010

                 *s/Maurice M. Paul*
                 Maurice M. Paul, Senior District Judge